## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. __16-cv-2479__

2016 OCT -3 PM 3: 41

(To be supplied by the court)

_____ _____ WELL
_____ _____

BY_____ DEP. CLK

Pamela S. Brown ,

    Plaintiff,

v.

Euflora, JS Investments ,
    Defendant. And Jamie Perino

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff Pamela S. Brown is a citizen of Aurora Colorado who presently resides at the following address:
   1124 S. Biscay St Aua, CO. 80017

2. Defendant              lives at or is located at the following address:
   1600 Glenarm Pl Apt. 2910 Den., CO 80202

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   401 16th St., Denver, CO 80202

6. Jurisdiction also is asserted pursuant to the following statutory authority:
   _____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7.  Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _July 1, 2016_ (date) regarding the alleged discriminatory conduct by Defendant(s).

8.  Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _August 4, 2016_ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9.  Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Race          _____ Color          _____ Religion

    _____ Sex           _____ National Origin

    __X__ Other (please specify) _Age_ _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Failure to hire

    _____ Failure to promote

    __X__ Demotion/discharge from employment

    _____ Other (please specify) _____

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

See attached

The Introduction

US District Court, District of Colorado
Office of the Clerk
Alfred A Array U S Courthouse
901 19th Street
Denver, CO 80294
In the case of:
Pamela Sovilla Brown

VS

Euflora, J S Investments and
Jamie Perino, Owner
case number:
Title VII complaint
Title 29 Labor
On behalf of:
Pamela Sovilla Brown
September 19, 2016
   Re: Complaint of Discrimination

1) Please allow this letter to serve
as my complaint of discrimination
against Euflora, J S Investments
and Jamie Perino.
   On March 26, 2016 I was fired
from my job with Euflora, the
reason given was Product
Knowledge.

2) Under Title 29 Fair Labor Standards Act. The test was unfairly graded and I was cheated out of my job. I was not late for work, I was not absent from work without a Dr.'s note. I was doing my job. So I was cheated out of my job.

3) I intend to prove that I do have Product Knowledge and because I was no longer wanted at Euflora I was cheated, and the test I was given was unfairly graded and I was illegally terminated.

My complaint of dissemination includes the following

· I am a 60 year old female and I began working for Euflora on March 9, 2015 as a budtender. As of today I have been terminated

· I believe I was the oldest person in the company including the owners.

- On March 19, 2016 I was given a test on Product Knowledge that was illegally graded unfairly and I was cheated out of my job.

- Josh Sansburn was the only manager that ever wrote me up for anything

- Brittany Sansburn is Josh's older sister and the General Manager of the company's 3 dispensaries and green house.

- Brittany Sansburn graded my test and cheated me out of my posistion with Euflora.

- Josh Sansburn made the work place hostile for me, he constantly harrast me, following me around asking me "what are you doing in here? what are you doing?" He wouldn't even talk to me unless he was nit-picking or harrassing me which was unfair and discriminatory.

- Brittany also nit-picked my test.

- Josh told me on one occassion "at my last job we would have not even considered you for employment because you don't smoke pot."

- These discriminatory remarks and the constant and severe harrassment by my supervisors lead to a hostile work environment and illegal termination.

- Lastly, on March 26, 2016 I was illegally terminated, I have never been terminated from any job, I've held jobs since I was 14 years old (my mom signed so I could work) long before any of these people were born. The only thing they could do was illegally and unfairly grade my test which was discriminatory in nature, I don't believe any other employees were subject to this behavior.

· In short I was subjected to desparate treatment and a hostile work environment based upon illegal factors such as my age.

Please be aware that I am not represented by counsel in the above referenced matter.

Pamela S. Brown          9-19-16

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

see attached



### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Denver Field Office

303 East 17ᵗʰ Avenue, Suite 410
Denver, CO  80203
(303) 866-1300
TTY (303) 866-1950
FAX (303) 866-1085
1-800-669-4000

Pamela Brown
1124 S. Biscay St.
Aurora, CO 80017

RE:    Pamela Brown v. EUFLORA MARIJUANA DISPENSARY
         EEOC Charge Number: 541-2016-02027

Subject:  Dismissal of Charge

Dear Ms. Brown,

       This is to advise that we have made the determination to dismiss your charge of employment discrimination (EEOC Charge No. 541-2016-02027) against EUFLORA MARIJUANA DISPENSARY.

       Our review of your charge indicates that it is very unlikely that further investigation will yield sufficient evidence to establish a violation of the laws that we enforce. The available evidence does not support your assertion that your employment experiences', including your discharge, was the result of disciplinary standards/policies/treatment which differ in frequency/nature/severity from other employees. As a result, this evidence does not support a conclusion that your age was a factor in your experiences. Accordingly, we decline to take further action on the subject charge. The enclosed **Dismissal and Notice of Rights** represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue this matter by filing a lawsuit within 90 days of receipt of the notice. If you fail to file a lawsuit within the statutory 90-day period, your right to sue in federal court will expire and cannot be restored by the EEOC.

       We hope that this information is helpful to you.

                                                                Sincerely,

AUG 0 4 2016
_____
Date                                                         GIAN J. APARICIO
                                                                Equal Opportunity Investigator
                                                                (303) 866-1333

Enclosures: Dismissal and Notice of Rights

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Pamela Brown<br>1124 S. Biscay St.<br>Aurora, CO 80017 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| **541-2016-02027** | Christopher D. Padilla,<br>Supervisory Investigator | | (303) 866-1341 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosure(s)

John C. Lowrie, Director
**Denver Field Office**

AUG 0 4 2016

*(Date Mailed)*

cc.   EUFLORA MARIJUANA DISPENSARY

Enclosure with EEOC Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law . If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90- day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***



Colorado Department of Labor and Employment, Unemployment Insurance Program
P.O. Box 8988, Denver, CO 80201-8988

| Claimant Social Security Number 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 | Date Mailed 05/04/2016 |
|---|---|
| Employer Account Number 833150004 | Last Day of Claim 04/08/2017 |
| Employer Charging Information | Deputy ID 7369 |
| | Issue ID 01 |

**PAMELA S BROWN**
**c/o PAMELA BROWN**
**1124 S BISCAY ST**
**AURORA CO   80017**

EUFLORA
JAMIE PERINO
401 16TH ST
DENVER   CO    80202

# NOTICE OF DECISION

Section of Law Used:   COLORADO EMPLOYMENT SECURITY ACT
8-73-108 (4)

Decision:
BASED ON INFORMATION RECEIVED, OUR INVESTIGATION DETERMINED THAT YOU WERE
SEPARATED FOR REASONS THAT DO NOT RESULT IN A DISQUALIFICATION UNDER
8-73-108 (5)(E) OF THE COLORADO EMPLOYMENT SECURITY ACT. IT IS DETERMINED YOU
ARE ENTITLED TO BENEFITS ATTRIBUTABLE TO THIS EMPLOYMENT PROVIDED THAT YOU
CONTINUE TO MEET ALL WEEKLY ELIGIBILITY REQUIREMENTS.

LEGAL CITATION: 8-70-114
WAGES WERE REPORTED UNDER EUFLORA, ACCOUNT NUMBER 833150004 AND JS INVESTMENTS
AURORA LLC, ACCOUNT NUMBER 825176007. BECAUSE WAGES WERE PAID UNDER MORE THAN
ONE ACCOUNT WHILE WORKING FOR THE SAME EMPLOYER, THE EMPLOYMENT HAS BEEN
DETERMINED TO BE FROM A SINGLE EMPLOYING UNIT. THEREFORE, THE PROVISIONS OF
THE FINAL SEPARATION THAT OCCURRED ON APPROXIMATELY 03/24/16 APPLY TO THE
EMPLOYMENT REPORTED UNDER EACH ACCOUNT NUMBER. THE LAST EMPLOYMENT WAS WITH
EUFLORA, ACCOUNT NUMBER 833150004.

Any party to this decision may disagree with (appeal) it. To appeal, turn over this form and fill out the information on the
other side. This decision is final unless we receive a written appeal no later than 20 calendar days from **05/04/2016** .

Claimant: Continue to request payment on CUBLine Online or CUBLine while you are waiting to hear about your
appeal.

UIB-6 (R 11/2011)          **MORE APPEAL INFORMATION IS ON THE OTHER SIDE OF THIS FORM**



Colorado Department of Labor and Employment, Unemployment Insurance Program
P.O. Box 8988, Denver, CO 80201-8988

| Claimant Social Security Number<br>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 | Date Mailed<br>05/04/2016 |
|---|---|
| Employer Account Number<br>825176007 | Last Day of Claim<br>04/08/2017 |
| Employer Charging Information | Deputy ID<br>7369 |
| | Issue ID<br>02 |

**PAMELA S BROWN**
**c/o PAMELA BROWN**
**1124 S BISCAY ST**
**AURORA CO   80017**

JS INVESTMENTS AURORA LLC
JAMIE PERINO
1600 GLENARM PL APT 2910
DENVER   CO      80202

# NOTICE OF DECISION

Section of Law Used:   COLORADO EMPLOYMENT SECURITY ACT
8-70-114

Decision:
WAGES WERE REPORTED UNDER THE EMPLOYERS AND ACCOUNT NUMBERS LISTED BELOW.
BECAUSE WAGES WERE PAID UNDER MORE THAN ONE ACCOUNT WHILE WORKING FOR THE SAME
EMPLOYER, THE EMPLOYMENT HAS BEEN DETERMINED TO BE FROM A SINGLE EMPLOYING
UNIT.  THEREFORE, THE PROVISIONS OF THE FINAL SEPARATION THAT OCCURRED ON THE
DATE LISTED BELOW APPLY TO THE EMPLOYMENT REPORTED UNDER EACH ACCOUNT NUMBER.

LEGAL CITATION: 8-70-114
WAGES WERE REPORTED UNDER EUFLORA, ACCOUNT NUMBER 833150004 AND JS INVESTMENTS
AURORA LLC, ACCOUNT NUMBER 825176007. BECAUSE WAGES WERE PAID UNDER MORE THAN
ONE ACCOUNT WHILE WORKING FOR THE SAME EMPLOYER, THE EMPLOYMENT HAS BEEN
DETERMINED TO BE FROM A SINGLE EMPLOYING UNIT.  THEREFORE, THE PROVISIONS OF
THE FINAL SEPARATION THAT OCCURRED ON APPROXIMATELY 03/24/16 APPLY TO THE
EMPLOYMENT REPORTED UNDER EACH ACCOUNT NUMBER.  THE LAST EMPLOYMENT WAS WITH
EUFLORA, ACCOUNT NUMBER 833150004.

Any party to this decision may disagree with (appeal) it.  To appeal, turn over this form and fill out the information on the other side.  This decision is final unless we receive a written appeal no later than 20 calendar days from **05/04/2016** .

Claimant:  Continue to request payment on CUBLine Online or CUBLine while you are waiting to hear about your appeal.

**MORE APPEAL INFORMATION IS ON THE OTHER SIDE OF THIS FORM**

Pamela Brown

4-29-16

①

1 of 15

The test that I took in Dec. is the one I was given to study with. I was given 1 hour to take the test. I answered every question according to the study material I was given by Euflora

#3, 4 I don't know what the arrows mean, Britney thought it was fair to take away a full point because I didn't put the CBN pills

#5 That is the difference

#7 She said it's right, then she said it's wrong, it's right

#8 If you look at questions 8 and 9 on the study test I answered this question correctly.

#10 The 150mg vape pens are between 30% and 32% THC the 420 reserve is around 60% THC its on the package I read to the customers all day everyday. Please see #33. I said

Pamela Brown

(1 cont.)

20015

same answer both times
it was right in Dec. wrong
in march.

Pamela Brown

3 of 15   ②

#11 Please look at the Euflora daily deals sheet.

#12 Please look at #14 on the steedy test.

#14 look at #16 on steedy test She just didn't want to give the full point

#17 and 18 I answer answered the questions correctly, but she would not give me the full points.

#19 Look at #23 on steedy test it does have peanut Butter no points were taken just being nit picked

#20 Look at #26 on the steedy test, Britney wrote $200.ºº plus tax on this one she says it's $280.ºº the question is only asking about 1/8's and oz's, don't know why she wrote the comment other than to harrass me.

#22 Everybody reacts differently to THC 6-12 is safe. Please look at #32 on test steedy She said it's correct.

Pamela Brown

4 of 15

③

#26 That's what I said
#29 She knows I don't
smoke. She never talked
to me about anything. I
have not seen or talked to
her since before Halloween.
I answered the question.
#30 I answered the question
the oil rig is top of bowl
Harassment

#32, 33, 34 I just don't
understand why she wrote
something then covered it up
she just would not give me
full credit for my answers
#35 I did not loose points
but if you look at daily
deals it says 30%
my score was changed it
looks like to me it was
changed from 70 to 50
this page says 0 the front
page says 0-
I worked all 3 of their stores
and their greenhouse everyone
that I met smoked weed except

Pamela Brown

50b15   ④

one other person, but she only worked for them a short while 2-3 weeks maybe

Last April 2015 I was told to go help out at their 16th & Tremont store, it was the 4/20 week, I worked there about a week. On my last day there the asst. manager Kelby said to me "We want you to come down here and work w/ us we like your knowledge skills customer service and enthusiasm" I said "thank you but this store is too far away from my home I live across the street from Buckley air Force Base". The next day I was told if I didn't go downtown I would be laid off, so I went, 1 hour travel time one way on the H line. I worked there until 3-26-16. I worked with 9 asst. managers and managers, Josh was the only one that ever wrote me up, as soon as he was made

Pamela Brown

⑤

60615

asst. manager he started to
nit pick me, what are you doing?
where are u going? why are you in
here? That kind of thing everyday
It was a hostile environment
and I felt unsafe. I had to go
to Lauren the manager at that
time to make him stop. After
that he didn't have anything
to say to me at all, unless he was
writing me up for something.
He's 24 or 25 years old I was
59 at the time.
     At Christmas I was given
a $500.00 bonus.

Pamela Brown

PS On the study test:
     12-27-15
#1 Pamela = cursive hand writing
#3 Lauren = filled in correct answers
to what I missed, print hand writing.
#2 Brittney = Red ink, print hand writing
also. Lauren is not on test 3-19-16,
just Brittney and I.

PS con't.   Pamela Brown

Lauren was store manager when I was told to go downtown, she wanted me to be there, every place Brittney wrote study or a & Lauren wrote the answers and gave it to me to study which I did on the H line train from 9 mile station, I had about 40 mins. one way and I study studied, (I knew it meant my job). Some of my answers on 3-19-16 test are almost identicle to the information Lauren gave me. Lauren is no longer with Euflora. I hope you can tell the difference between Lauren and Brittney's hand writing.

P9 con't.   Pamela Brown

Lauren was store manager
when I was told to go
downtown, She wanted me to
be there, everye place Brittney
wrote Study or a I Lauren
wrote the answers and gave
it to me to steedy which
I did on the H line train
from 9 mile station, I had
about 40 mins. one way and
I ~~study~~ studied, (I knew it
meant my job) Some of my
answers on 3-19-16 test
are almost identicle to
the information Lauren
gave me. Lauren is no
longer with Euflora.
I hope you can tell the
difference between Lauren
and Brittney's hand writing.

Pamela Brown

7 of 15

## Euflora Daily Deals!

Medical Monday- Must present active MMJ card. $10 grams/25% off all edibles/topicals

Tasty Tuesday- 25% OFF all edibles/topicals

Wax Wednesday- 15% off all concentrates (wax, shatter, live resin, bubble hash, syringes)

Tokin Thursday- 20% off all glass, accessories, and apparel

Customer appreciation Day Fridays- Customer Appreciation day on 1st Friday of every month (Free Prizes!)

Bong-A-Thon Saturday- Every Customer that makes a purchase gets a raffle ticket to throw in the jar. We will pick a winner at the end of the day to pick up on Sunday!

Flower Power Sundays- 10:00 – 11:00am & 4:00 – 5:00pm (these times only!) 4 grams for $55.00!!

Pamela Brown

8 of 15

4:30 - 5:30

**Product Knowledge**

Date: 12-27-15
Name: Pamela Brown
Manager: Lauren

1. What is the difference between a sativa and indica?
#1 Sat: focus, clarity, giggles, people like them (4/4) 3 energy, head high
Ind: nighttime, relaxing, body high, sleep

2. What is the recommended dosing for a beginner to edibles?
#1 10 mg wait 30 to 90 mins, no more than (1) 3
20 mg in 4 hours

3. What is the difference between CBD and THC?
#3 CBN: good for pain, stress, anxiety euforic (1/2) #3 THC has medical properties
ic has med. 30ish la la la                     as well. Just different.
fits too:  THC: gets you high                              #3
pain relief,
xtite stimu-
tion, etc.

4. What is CBN?
a sedative (1) #3

5. What is the THCa Patch for? Inflammation, nerology (1) #3
Anxiety as well! #3

6. What is THCa? #3 THCa is the most prominent compound in fresh, u
dried cannabis. The compound does not have psychoactive effe
on its own (must be heated to activate THC) but is good for anxiety, "
flammation, & neurological issues.

7. I am going to the mountains and want to take my vape pen with me. What would you ★ Suggest tak
recommend I take as I am going to be active; hike?  a sativa wax/shatt
Sativa anyone vape hybrids & a c-vape or go
no o-pen's. Altitude will combust them. Suggest go-pen : pe
C-vape

8. What is wax? hash
Study! Type of concentrate. Opaque in nature because the o
have lost their transparency due to agitation (multiple
Best used in vape pen or taken as purges)
a dab.

9. What is shatter? hash
Study! Type of concentrate. Glass-like, clear in nature
because the molecules have not been agitated. (single
Has a reputation for being the purest/cleanest type pur
of extract.

Pamela Brown

12-27-15

**10. What is the difference between shatter and wax?**
Shatter is "purer/cleaner" because it was only purged once. Wax has been purged multiple times.

**11. What is live resin?**
Type of concentrate. Uses fresh, frozen whole flowers instead of dried & cured bud. High terpene content creates unique flavor profiles.

**12. What is hash oil? What hash oil do you carry?** *reserve 420's
~~pure extraction~~ concentrated form of THC *less hash, ~~Kief~~
1/3 *Golden Oil Syringes *150/250 mg. carts
*Evo Lab refill kits
*vape one pens

**13. What is bubble hash?** Solvent 1/2 Study! the only organically extracted concentrate.

**14. Do you have any vegan edibles? (list all)** Sour Gummies, ~~Jewels~~
mellaba 2/3 Highly edibles/cannapunch

**15. Do you have any diabetic friendly edibles? (list all)** ~~Sour Gummies~~, sugar free aces wild
1 Roasted seed mix.

**16. Do you have any gluten free edibles? (list all)** Sour Gummies ~~Jewels~~
mellaba bar Study! Julie's Natural Edib
incredibles, blue kudu 1/3 *Excluding cookies & creme.

**17. What single dose serving items do you carry?** Slices, gum-e, mellaba, peanut butter
roasted seeds, Snickerdoodle, white delight
red velvet, oatmeal butterscotch,
Suckers: Juicygrape, sour raspberry, watermelon
crm. watermelon, nectar, mango pineapple
3/3

**18. Do you have any edibles that are sativa/indica/hybrid dominant?** cheeba chews
sweet grass, Julies, relaxing mints, awakening
mints, loves oven, 3/3

**19. What strain would you recommend for the day?** Sativas and sativa
dominant hybrids
suggest an actual strain: looking for a specific
ie., Mob Boss because strain recommendation
it's uplifting & makes me happy! ☺

*Pamela Brown*     12-27-15

10 of 15

**20. What strain would you recommend to sleep and relax?** *Indica and indica dominant hybrids* Be specific need an answer... what products? (3/3)

**21. What sales are you running today?** *Sunday 10-11:00 4 grams for $35.00 also at 4 to 8:00 Dr. J's CBD's buy one get one free, Dixie products buy one get one 50% off w/ card* great!

**22. Can I take any of this across state lines?** *yes* (1/2) *CBD Hemp products can.!!*

**23. Why is CBD good for dogs? What is in the dog treats?** *good for pain, stress, anxiety* (1/2) *whats in them? oatmeal, peanut butter, applesauce, etc.*

**24. What is caviar?** *A joint dipped in hashoil and rolled in kief* (1)

**25. Why do you only do grams?** *We don't we have joints, 1/8's & oz's* ? *To offer people more variety* yes

**26. Do you sell eighths? Ounces? How much?** *discounted 1/8's $32.00 + tax 03 02 oz 02 depends on what strain is available* not correct $200 per ounce + tax (1/2)

**27. What do you recommend for sleeping? I would rather eat it then smoke.** *Indica's Cheeba chews, Julie's does indica & Sativa Cranberry Bliss Balls, CBN patch* CBN pills! Stratos PM Pills.. (1/3)

**28. What CBD products do you carry?** *Cheeba chews, patches, balms paw puddy, medibabar, gel pen, suckers Bliss balls capsules tinctures* (2/3)

**29. What cream would you recommend for arthritis?** *extra strength pain crm & pain crm apothecanna, pain relief lotion Synergy Balm, Super salve* (1/2)

**30. What is the difference between the stimulating, calming and everyday cream?** *Stimulating - energy, calming - Relaxing everyday - moisturizing* (3/3)

*Pamela Brown*

euflora
Recreational Marijuana

**Product Knowledge**

(D)

Date: 3-19-16
Name: PAMELA BROWN
Manager: JOSh

12 0 8 15

1/ **What method of extraction is used for Boulder Extracts?**
CO₂ extrAction      butane (BhO)

2. **What is bubble/ice water hash? How is it made?** *terpenes*
concentrAtes, bubble hAsh is extrActed *from*
live plAnts, ice wAter is A ice wAter
extrAction

3. **What is CBN?** CAnAbiniol, 4 seditive good for sleeping
1

4. **What would you recommend for sleep? I have insomnia...** UK cheese, in flou   CBN pills!?
3/4 INDICA vApe pens, indicA candy, love's ove
Kulies, green hornet, scardea 7, indicA shatter & wa
CBN pAtches, strAtos sleep pills, indicA

5. **What is the difference between CBD and THC?** CBD's are medecenal
1/2 good for pAin, stress, anxiety they will relAx
also, The is psycoActive, gets you high
NO! THE Has med properties too! Study up.

6. **I need to increase my appetite, what would you suggest?** Moble boss, East
1 coast sour diesel, Golden Goat, green
crack Sativas

X **What is THCa?** Active *in*, takes heat to activate
psycoActive properties yes but its inactive until
this is wrong.      *heat act*

X **What is the difference between wax and shatter?** shatter has been
X surged once, wax has been purge
multiple times oparitge opauge in natu
wrong. shatter is purged more.
And that's not the only difference
between the two. Please study.

Pamela Brown

12-27-15

11 06 15

**31. Will the topicals get me high?** NO ①
Heat from water, can activate Bath salt will!
THC, enter through body orifices.

**32. How long of a high do the patches have?** in the bloodstream 6-12 hours
①

**33. What's the difference between the 420mg reserve and the regular cartridges?** 60% &
420, pure extraction, higher concentration higher
less pulls to get high. 150's CO₂ extraction
30% THC   ②

**34. What are your daily deals?** Medical Monday, Tasty Tues,
* Wax Weds, Tokin Thurs, customer appreciation
Fri., Bong-a-thong Sat., Flower power
sunday     what are the deals not the names. --

**35. How do I use tincture?** 3 dropper fulls under the tongue
20 mins. activation
①          Hold drops under tounge for 30 sec
then swallow.

SCORE: 39   OUT OF: 73   (F)
Graded BY: Brittany Sanshburn        Date:
1-8-16

Medical Mondays : 20% off all products + $10 gram
Tasty Tuesday : 25% off edibles / topicals
Wax Wednesday : 15% off all concentrates (excludes car
Tokin Thursday : 20% off glass / apparrell / accessories
Customer App. Day : 1st Friday of the month, wheel / raffl
Bong A Thon Saturday : Raffle bong
Flower Power Sunday : 10-11 & 4-5  4 grams for $55

Pamela Brown

3-19-16

13 of 15

9. What is live resin? Why is it so much more expensive than shatter/wax? *extracted*
1/2 *from the live plants, has alot more*
*terpenes in it (less) gets you higher*

10. What is the difference between the regular O.Pen cartridge and the 420 reserve? *wrong. Study carts*
*The 150's are about 30% THC, the 420's*
*are about 60% THC 3-4 puffs of the 150's*
*is about the same as 1 puff of the 420's*

11. What deals are you running today? *Saturday*
1/2 *Bong a thong, your purchase qualifies*
*you for a raffle and a free bong if you*
*name is pulled*

12. Do you have any vegan edibles? (list all) *sour gummies, blue kudu*
*except except cookies & cream, julies, incredible*
1/3 *roasted seed mix    so much more! study!*

13. Do you have any diabetic friendly edibles? (list all) *roasted seed mix,*
*sugar free aces wild,*
2/2

14. Do you have any gluten free edibles? (list all) *sour gummies, bliss ball*
*Blue Kudu, cinnamints, incredibles*
1/3    *not all certain / only certain flavors*    *not all, only certain flav*

15. I want something with a 50/50 ratio of CBD:THC. What do you carry? *1 to 1 CBD vape*
*carts. pens, Mary's patches, green Rx patches,*
*synergy drops & tablets, stratos pills*
3/3

16. Can I take anything you sell out of state? *yes. only raw pudder,*
*charlottes web patch and pen, Mary's compoun*
*& capsules elite patches*
2/2    *great!*

17. What is my limits on buying? I'm from out of state *7 grams of flower,*
*concentrates (shatter, wax, live resin, hashel*
*400 mg of edibles & vape= concentrate*
1/2

18. What are my limits on buying? I have a colorado ID *28 grams or 1 oz of*
*flower or 1400 mg. of edibles & vape*
*7 grams of concentrates, vapes= concentrate*
1/2

*know the limits!*
*This is HUGE for*
*compliance!*

Pamela Brown                                    3-19-16
                                                  14 of 15

**19. Why is CBD good for dogs? What is in the dog treats?** Good for pain, stress
anxiety, cancer, sick pups or just to
calm down. honey, ~~peanut butter~~ no PB, oatmeal

**20. Do you sell eighths? Ounces? How much?** yes 1/8's $50.00 plus tax
oz's $200.00 plus tax. depens on whats availab
                                    Floor oz's = $200
1/2                                 we don't just do discounted oz's

**21. What full CBD products do you carry?** The 98 ~~pubkin~~ Kush, Mary's
patches, transdermal gel News, capsules
Stratos pills, 7 sacred balls, apothecanna body
budda        CBD tincture, CBD cheeba

**22. How do the patches work? How long do they last? Where should I put it?** Releases into
blood stream. last 6-12 hours, should be put
on wrists or ankle?   This is not correct. 12 hrs
                                    not 6-12

**23. What is the difference between the stimulating, calming and everyday cream?**
Stimulating - energetic
calming - Relaxing
everyday - moisturizing

**24. How do I use the dew drops?** 3 dropperfuls under the tongu
hold for 20 to 30 seconds and swallow.

**25. Will the topicals get me high?** No, Only the ~~da~~ Dixie bath Sal
the heat in the water activates the
psychoactive properties.

**26. What's the difference between the cannapunch drinks and an edible?** Drinks have
a 45 minute activation time, edibles
have a 30 to 90 min. activation time. Need faster
wrong: drinks act faster then edibles.   Boulder Ba

**27. What edible is the best deal for the buck?** In my opion
~~mile mint~~ mint, choc chip cookies, choc chip are
these are                                    cookies are
one of our most                              a good on
expensive chocolate.   Tincturebelle, blue kudu,

**28. Do you have any strain specific edibles? (list all)** Julies, Love's oven,
7 sacred, green Hornet, awakening mints
relaxing mints, cheeba chews,

**29. How do I use wax/shatter?** Dabs, either a vape pen or c
Oil rig with a nail      That is too broad. How do you
                                    dab?
                         This needs to be explained. I talke

Pamela Brown                3-19-16

15 of 15

**30. How do I use bubble hash?** You can add it to a joint, or vape pen, oil rig cannot use on oil rig top of bowl? This will make a costomer upset if they think they can dab it.

**31. What is caviar?** A joint dipped in hash oil, rolled in Kief
1/1

**32. What incredibles bars do we carry? (flavors and MG content)** Boulder Bar 100 mg
2/3 mile high mint 100 mg, Peanut Budda 50 mg. strawberry crunch 30 mg, alfagoto 50 mg. Banana & walnut bar 50 mg: 100   100 mg  blk cherry, CBD

**33. I have a high tolerance to edibles. What would you recommend for my tolerance level?**
100 mg cannapunch, mr. earl, crovic ∂ lang, mile
1/3 high mint, choc chip cookies, turtles, Baklava bar 100 mg gummies all 100 mg edibles

**34. I have a very low tolerance to edibles. What would you recommend?** So single ser
2/3 gummies, roasted seed mix, granola, suckers cannapunch 10 mg drinks, powder drinks

**35. What are your daily deals?** Medical Monday $10.00 grams of flower w/ active MMJ card 25% off edibles & topicals, Tasty Tuesday 25% off all edibles & topicals. Wax Wed. 15% off all concentrates Shatter, wax, butter bubble hash, live resin ect Tokin Thurs. 25% off all accesories & clothing

1st Friday of every of every month free prizes

Bong-a-thon Sat. your purchase qualify you to enter the raffle for a free bong Sunday from 10:00 Am to 11:00 am 4 gra of flower for $55.00 also from 4:00 to 5:00 Same 4 grams $55.00

SCORE: ___50.50___ OUT OF : ___74___

D

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

*see attached*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 541-2016-02027 |

| Colorado Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Pamela Brown | (720) 747-1795 | 04-16-1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1124 S. Biscay St., Aurora, CO 80017 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| EUFLORA MARIJUANA DISPENSARY | 15 - 100 | (303) 534-6255 |

| Street Address | City, State and ZIP Code |
|---|---|
| 401 16th Street,  Denver, CO 80202 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION  ☐ OTHER *(Specify)* | Earliest: 03-19-2016   Latest: 03-26-2016   ☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

I was hired by Euroflora as a bud-tender on or around March 9, 2015. On or around March 19, 2016, I was tested about my product knowledge and unfairly graded, I was then discharged on March 26, 2016. I believed that I was discharge from my position because of my age, and replace by a younger employee outside of my protected group.

I believe that I have been discriminated against because of my age (60), in violation of the Age Discrimination in Employment Act of 1967 (ADEA), as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| Jul 01, 2016 _____  Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

## REQUEST FOR RELIEF

Plaintiff requests the following relief: $50,000,000.00

Date: 9-16-16

_Pamela S. Brown_
(Plaintiff's Original Signature)

1124 S. Biscay St.
(Street Address)

Aurora CO 80017
(City, State, ZIP)

720-747-1795
(Telephone Number)

(Rev. 07/06)

6